IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


| | |
|---|---|
| Richard Burton, et al., ) | |
| ) | Case No. 1:24-cv-00774-CL |
| Plaintiff, ) | |
| v. ) | |
| ) | **JUDGMENT** |
| United Services Automobile Association, ) | |
| Et al., ) | |
| Defendant. ) | |

Based on the parties' Stipulated Notice of Dismissal [79], judgment is hereby entered, and this case is dismissed with prejudice.   Each party shall pay its own costs and attorney fees.

DATED this 6th day of May, 29025.

/s/ Mark D. Clarke
Magistrate Judge Mark D. Clarke

Page 1 - JUDGMENT